**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| ALBERT YOUNG, | |
| Movant, | CIVIL ACTION NO.: 6:17-cv-35 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 6:04-cr-16) |
| Respondent. | |

**O R D E R**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 15). Movant Albert Young ("Young") did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Young's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, (doc. 1), **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Young *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 29th day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA